**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| CHAMIKA POOLE, | : | Case No. 3:25-cv-174 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| DEPARTMENT OF VETERANS AFFAIRS, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**ORDER**

The discovery phase of this case has ended.  No discovery motions or other matters referred to the undersigned Judicial Officer remain pending.  The case is presently set for further proceedings before United States District Judge Michael J. Newman.  The Clerk of Court is directed to note in the record that:

1.  Referral of this case to the undersigned Judicial Officer has expired; and

2.  No motions or other matters in this case remain pending before the undersigned Judicial Officer.

June 29, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge